UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ANTONIO GIVENS,<br><br>            Defendant. | Case No.:  2:16-CV-01428-LRH<br>                   2:03-CR-00350-LRH<br><br>C/A No. 17-16663<br><br><br>ORDER ON MANDATE |

The above-entitled cause, having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on October 15, 2021, issued its mandate affirming the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS SO ORDERED.

DATED this 20th day of October, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE